JOSEPH ADAMO, Appellant, v. MAYFLOWER CONSTRUCTION COMPANY, INC., Respondent.— Motion for reargument of motion to dismiss appeal granted, and motion to dismiss appeal denied on condition that plaintiff within five days from the entry of the order herein file a surety company bond to secure the payment of the judgment in favor of the defendant upon its counterclaim; otherwise, the motion for reargument is denied, with ten dollars costs, and the order dismissing the appeal is affirmed.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

ÆTNA INSURANCE COMPANY, Plaintiff, v. SADIE JEFFINGHAM, Defendant.— Order correcting summons and complaint signed.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

HENRY L. BLOODGOOD, Appellant, v. EDITH WEBB, Also Known as EDITH BLOODGOOD, and DITHE CORPORATION, Respondents.— Motion to dismiss appeal granted.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

GAETANO BONVESUTTO, Respondent, v. YORKLYN CONSTRUCTION COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Stay continued for thirty days to enable the defendant to apply to the Court of Appeals.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JOHN CANGLINI, an Infant, etc., by JOSEPHINE CANGLINI, His Guardian ad Litem, Respondent, v. ERNEST MUCCINI and ROSE SPINELLA, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied.  Stay continued for thirty days to enable defendants to apply to the Court of Appeals.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

LEMUEL CARO, Respondent, v. PROGRESSIVE GROCERY STORES, INC., Appellant.— Motion to dismiss appeal denied.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

ALVIN C. CASS, Respondent, v. CHARLES L. APFEL, Appellant.  SADIE L. APFEL, Defendant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.